# United States District Court
## Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CSI3 | E1321553 | MALVECASCO | 5BS9 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/17/2021   1602 | TITLE 18 SECTION 111 |

Place of Offense

NBSD / GATE 23 / SECTOR E / ZONE Z

Offense Description: Factual Basis for Charge                    HAZMAT ☐

ASSAULTING, RESISTING, OR IMPEDING
CERTAIN OFFICERS OR EMPLOYEES.

### DEFENDANT INFORMATION   Phone / 470, 228, 2850

Last Name
IBRAHIM                ESLAM           S.

Street Address

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8VJU925 | CA | 22 | TOYOTA RAV4 | GRAY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount
$ _____
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

$ _____   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 333 W BROADWAY | |
| SAN DIEGO, CA 92101 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature   *Eslam B ibrahim*

Original - CVB Copy

*E1321553*

CVB SCAN 01/05/2022 13:56

---

I state that on _____, 20___ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the
face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident

CVB SCAN 01/05/2022 13:56